DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENGJIANG NIE,<br><br>            Plaintiff,<br><br>   v.<br><br>KEVIN K. McALEENAN, Acting Secretary of the Department of Homeland Security, et al.,<br><br>            Defendants. | C 19-04090 JCS<br><br>**STIPULATION TO DISMISS** |

Plaintiff, appearing *pro se*, and Defendants, by and through their attorney of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated plaintiff's application for adjustment of status.

///

///

///

Stip to Dismiss
C 19-04090 JCS                                                    1

Each of the parties shall bear their own costs and fees.

Date: 9-25-19

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

Dated:

_____
HENGJIANG NIE
Pro Se

Dated: 9/30/19

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA